# MEMORANDUM DECISIONS.

FORSYTH MFG. CO. v. PUTNAM, HOOKER & CO. (Circuit Court of Appeals, Fifth Circuit. October 14, 1905.) No. 1,440. In Error to the Circuit Court of the United States for the Southern District of Georgia. R. L. Berner, for plaintiff in error. Isaac Hardeman and Geo. S. Jones, for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. The record in this case fails to disclose such diverse citizenship as to confer jurisdiction upon the Circuit Court, and therefore, on authority of Knight et al. v. Lutcher & Moore Lumber Company (C. C. A.) 136 Fed. 404, the judgment of the Circuit Court is reversed, with costs against the defendants in error, and the case is remanded to the Circuit Court, with instructions to proceed according to law and in conformity with our views as expressed in Knight et al. v. Lutcher & Moore Lumber Company, above referred to.

KINCHELOE et al. v. COMPUTING SCALE CO. (Circuit Court of Appeals, Fourth Circuit. July 7, 1905.) No. 570. Appeal from the Circuit Court of the United States for the Eastern District of Virginia, at Alexandria. H. P. Doolittle and Charles Howson, for appellants. Melville Church (Joseph B. Church, on briefs), for appellee. Before GOFF, Circuit Judge, and BOYD and McDOWELL, District Judges.

PER CURIAM. Upon careful consideration of the record and arguments of counsel, we are satisfied that the decree below is without error. An order will be entered affirming the decree of the Circuit Court, with costs, and remanding the cause for the proceedings directed by said decree.

KNIGHT et al. v. LUTCHER & MOORE LUMBER CO. et al. (Circuit Court of Appeals, Fifth Circuit. October 14, 1905.) No. 1,401. In Error to the Circuit Court of the United States for the Western District of Louisiana. For former opinion, see 136 Fed. 404. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. No one of the judges who participated in the decision of this case having asked for a rehearing, and being still satisfied our former decision is correct, the rehearing herein applied for is denied.

DINGELSTEDT & CO. v. UNITED STATES. (Circuit Court, S. D. New York. May 17, 1905.) No. 3,646. On Application for Review of a Decision of the Board of United States General Appraisers. Comstock & Washburn (Albert H. Washburn, of counsel), for importers. Charles Duane Baker, Asst. U. S. Atty.

TOWNSEND, Circuit Judge (orally). The testimony taken in this court conclusively shows that the articles in question fall within the provisions of paragraph 400 of the act of 1897 (Act July 24, 1897, c. 11, § 1, Schedule M, 30 Stat. 188 [U. S. Comp. St. 1901, p. 1672]), which provides for lithographic prints exceeding .008 and not exceeding .020 of an inch in thickness, and not exceeding 35 square inches cutting size in dimensions, as claimed by the importer. The decision of the Board of Appraisers is therefore reversed.